USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.M. and J.M., individually and on behalf of G.M., a minor,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26 Civ. 7022 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 26, 2026, the Court ordered the parties to submit a joint letter and proposed case management plan by October 26, 2026. *See* ECF No. 4. Those submissions are now overdue. Accordingly, by **December 2, 2026**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: October 27, 2026
New York, New York

ANALISA TORRES
United States District Judge