USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

October 28, 2026

**VIA ECF**
Hon. Analisa Torres
Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *L.M., et al. v. New York City Dep't. of Educ.,* 26-cv-7022 (AT)(RWL)

Dear Judge Torres:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

Defendant writes to respectfully request that the September 8, 2026 answer deadline be extended *nunc pro tunc* to January 26, 2027. I apologize for the lateness of this request, which was due to administrative errors. Defendant also writes to request that the December 2, 2026 filing deadline for the joint letter and proposed case management plan be extended to February 9, 2027, or a date thereafter more convenient for the Court. I have requested Plaintiff's consent, but have not received a response. This is the first request for both an answer extension and extensions of the joint letter and case management plan filing deadlines. The extensions will give Defendant time to make a request for authority to the Comptroller's Office. Defendant is hopeful that this matter can be resolved without further burden on the Court's time

Thank you for considering these requests.

Respectfully submitted,
/s/
Martha Nimmer
Special Assistant Corporation Counsel

GRANTED. By **January 26, 2027**, Defendant shall answer or otherwise respond to the complaint. By **February 9, 2027**, the parties shall submit their joint letter and proposed case management plan. All future requests for extensions shall be filed at least 48 hours in advance of the deadline, in compliance with Rule I(C) of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ANALISA TORRES
United States District Judge